## UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

THOMAS M. HARDIMAN
CIRCUIT JUDGE

2270 U.S. POST OFFICE & COURTHOUSE
700 GRANT STREET
PITTSBURGH, PA 15219-1906

September 6, 2007

Honorable Ortrie D. Smith, Chair
Judicial Conference of the United States
 Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

RECEIVED 2007 SEP 20 A 10: 42 FINANCIAL DISCLOSURE OFFICE

      Re:    Calendar Year 2006 Filing

Dear Judge Smith:

In response to your letter of August 9, 2007, I submit the following in amendment of my nomination report dated January 11, 2007 and my annual report dated May 14, 2007.

Dell was sold on November 10, 2006 and the Gain Code is C.

Embarq was sold on November 24, 2006 and the Gain Code is B.

As of December 31, 2006, I continued to hold both Arch Capital preferred stock and Eaton Vance mutual fund. For Arch Capital, the Income Code is A, the Type is Div., the Value Code is J, and the Value Method is T. For Eaton Vance, the Income Code is blank, the Type is Div., the Value Code is K and the Value Method is T.

Thank you for your assistance with these matters.

Sincerely,

Thomas M. Hardiman

412-208-7440

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2005

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)

AO-10 (WP)
Rev. 1/2004

| 1. Person Reporting *(Last name, first, middle initial)*<br>Hardiman, Thomas M. | 2. Court or Organization<br>Third Circuit Court of Appeals | 3. Date of Report<br>May 14, 2007 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>U.S. Circuit Judge - Active | 5. Report Type (check appropriate type)<br><br>___ Nomination, Date _____<br><br>___ Initial   __X__ Annual   ___ Final | 6. Reporting Period<br><br>01/01/06 to 12/31/06 |
|---|---|---|

| 7. Chambers or Office Address<br>2270 U.S. Post Office & Courthouse<br>700 Grant Street<br>Pittsburgh, Pa. 15219 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date_____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [ ] NONE (No reportable positions.) | |
| Director | Big Brothers Big Sisters of Greater Pittsburgh, Inc. |
| | |
| | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable positions.) | |
| | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

### A. Filer's Non-Investment Income

| | | |
|---|---|---|
| [X] NONE (No reportable non-investment income.) | | |
| | | $ |
| | | $ |
| | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| [ ] NONE (No reportable non-investment income.) | | |
| 2006 | The First City Company | |
| | | |

RECEIVED 2007 MAY 15 P 1: 06 FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas M. Hardiman | May 14, 2007 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| [X] | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| [ ] | NONE (No such reportable gifts.) | | |
| 1 | Academy of Trial Lawyers of Allegheny County | Honorary Membership | $ 500.00 |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| [X] | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=25,000,001-50,000,000   P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas M. Hardiman | May 14, 2007 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, | | | | | | | | | |
| 1  PNC Checking Account | A | Int. | L | T | | | | | |
| 2  ESB Bank Savings Account | C | Int. | M | T | | | | | |
| 3  PNC Money Market Account | C | Int. | M | T | | | | | |
| 4  Vanguard Prmcp Mut. Fund (MF) | A | Div. | K | T | | | | | |
| 5  Fulton Financial Stk (CS) | A | Div. | K | T | | | | | |
| 6  Evoxis Convertible Debt | | None | J | T | | | | | |
| | | | | | | | | | |
| WACHOVIA EQUITY ACCT. | | | | | | | | | |
| 7  Evergreen Money Market (MM) | D | Int. | N | T | | | | | |
| 8  American Axle & Mfg CS | A | Div. | K | T | Buy | 3/6 4/10 | J J | | |
| 9  American Int'l Grp. CS | A | Div. | K | T | Buy | 5/17 5/30 | J J | | |
| 10  Apria Healthcare Group CS | | None | J | T | | | | | |
| 11  Bank of America CS | A | Div. | | | Sell | 6/22 9/29 | J K | B C | |
| 12  Borders Group CS | A | Div. | | | Sell | 1/25 | J | A | |
| 13  Cisco Systems CS | | None | K | T | Buy | 8/8 | J | | |
| 14  Citigroup CS | A | Div. | K | T | | | | | |
| 15  Coca-Cola CS | A | Div. | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 P4=More than $50,000,00 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas M. Hardiman | May 14, 2007 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Meth d Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 16 Cooper Tire & Rubber CS | A | Div. | J | T | | | | | |
| 17 Direct TV CS | | None | K | T | | | | | |
| 18 Ebay CS | | None | J | T | Buy | 8/1 | J | | |
| 19 Fairchild Semiconductor CS | | None | K | T | | | | | |
| 20 Fannie Mae CS | A | Div. | K | T | | | | | |
| 21 Freescale Semiconductor B CS (Motorola spinoff) | | None | | | Sell | 4/3 | J | B | |
| 22 General Electric CS | A | Div. | K | T | Buy | 7/13 7/20 | J J | | |
| 23 Hasbro CS | A | Div. | K | T | | | | | |
| 24 Helix Energy CS | | None | K | T | Buy | 2/13 9/19 10/3 | K J J | | |
| 25 Home Depot CS | A | Div. | K | T | Buy | 7/20 8/15 | J J | | |
| 26 Magellan Health Svcs. CS | | None | K | T | | | | | |
| 27 Microsoft CS | A | Div. | K | T | Buy | 5/19 | K | | |
| 28 Motorola Inc. CS | A | Div. | K | T | | | | | |
| 29 NCR CS | | None | K | T | Buy | 1/6 | K | | |
| 30 Newell Rubbermaid CS | A | Div. | J | T | Buy | 11/18 | J | | |
| 31 Newmont Mining CS | A | Div. | | | Sell | 5/1 | K | A | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas M. Hardiman | May 14, 2007 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 32 Nokia Corp. ADR | A | Div. | K | T | | | | | |
| 33 Peak Int'l CS | | None | J | T | | | | | |
| 34 Pfizer CS | A | Div. | J | T | | | | | |
| 35 Pharmion Corp. CS | | None | K | T | Buy Buy | 2/24 8/10 | J J | | |
| 36 Plato Learning CS | | None | J | T | Buy | 5/31 10/31 | J J | | |
| 37 PNC Financial Svcs CS | A | Div. | | | Sell | 6/30 | K | D | |
| 38 Sprint Corp. CS | A | Div. | K | T | | | | | |
| 39 Tyco CS | A | Div. | K | T | | | | | |
| 40 United Online Inc. CS | B | Div. | | | Sell | 4/25 | K | B | |
| 41 UST Inc. CS | B | Div. | | | Sell | 8/24 | K | D | |
| 42 U. S. Treasury Bill | | None | M | T | | | | | |
| 43 Wal-Mart CS | A | Div. | J | T | | | | | |
| 44 Waste Management CS | A | Div. | | | Sell | 1/27 | K | D | |
| 45 Wilson Leather Exp. CS | | None | J | T | | | | | |
| 46 Winn-Dixie CS | | None | J | T | Buy | 11/29 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt from prior disclosure. | Amt. Code1 (A-H) | Type (e.g., div., rent or int.) | Value Code2 (J-P) | Value Method Code (Q-W) | Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| | | | | | | | | | |
| WACHOVIA BOND ACCT. | | | | | | | | | |
| Evergreen MMF | A | Int. | J | T | | | | | |
| ABN Amro Cap VII | B | Int. | K | T | | | | | |
| Duke Energy Pfd. Stk. (PF) | A | Div. | K | T | | | | | |
| Ryder System Inc. PF | B | Div. | | | Sell | 6/1 | K | A | |
| Safeco Cap PF | B | Div. | | | Sell | 5/30 | K | B | |
| Franklin Biotech MF | A | Div. | J | T | | | | | |
| Investment Co. MF | A | Div. | K | T | | | | | |
| Putnam New Opp. MF | A | Div. | J | T | | | | | |
| UnumProvident PF | A | Div. | K | T | | | | | |
| Wash. Mut. Inves. MF | A | Div. | K | T | | | | | |
| | | | | | | | | | |
| 401(k) ACCOUNT #1 | | | | | | | | | |
| Principal MM | A | Int. | J | T | | | | | |
| Principal Large Cap MF | A | Div. | K | T | | | | | |
| Principal Med. Co. Bld MF | A | Div. | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/ arket | |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 60 Principal Sm. Co. Grwth MF | A | Div. | J | T | | | | | |
| 61 Principal Int'l Stock MF | A | Div. | J | T | | | | | |
| 62 Principal Fin. Grp Inc. | A | Div. | J | T | | | | | |
| | | | | | | | | | |
| 401(k) ACCOUNT #2 | | | | | | | | | |
| 63 Merrill Lynch | A | Int. | J | T | | | | | |
| 64 Agere Sys Inc. Class A CS | | None | J | T | | | | | |
| 65 Agere Sys Inc. Class B CS | | None | J | T | | | | | |
| 66 Central Europe & Russia MF | A | Div. | J | T | | | | | |
| 67 Cisco Systems CS | | None | J | T | | | | | |
| 68 Citigroup CS | A | Div. | J | T | | | | | |
| 69 Connetics CS | | None | | | Merger | 12/29 | J | A | |
| 70 Dow Chemical CS | A | Div. | J | T | | | | | |
| 71 EMC Corp CS | | None | J | T | | | | | |
| 72 Ford Motor CS | A | Div. | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 73 General Electric CS | A | Div. | J | T | | | | | |
| 74 Intel CS | A | Div. | J | T | | | | | |
| 75 Merck CS | A | Div. | J | T | | | | | |
| 76 Nektar Therapeutics CS | | None | J | T | | | | | |
| 77 Panacos Pharm. CS | | None | J | T | | | | | |
| 78 Pfizer CS | A | Div. | J | T | | | | | |
| 79 Qwest CS | | None | J | T | | | | | |
| 80 Sirius CS | | None | J | T | | | | | |
| 81 Time Warner CS | A | Div. | | | Sell | 3/13 | J | A | |
| | | | | | | | | | |
| TRUST #1 | | | | | | | | | |
| 82 PNC Trust Account | A | Int. | J | T | | | | | |
| 83 AMCAP MF | A | Div. | J | T | | | | | |
| 84 Fundamental Inv. MF | A | Div. | K | T | | | | | |
| 85 Growth Fund of America MF | A | Div. | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions   *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Place "(X)" after each asset exempt from prior disclosure.* | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 86  Investment Co of America MF | A | Div. | J | T | | | | | |
| 87  New Perspective MF | A | Div. | J | T | | | | | |
| 88  Washington Mutual Inv. MF | A | Div. | J | T | | | | | |
| | | | | | | | | | |
| TRUST #2 | | | | | | | | | |
| 89  PNC Trust Account | A | Int. | K | T | | | | | |
| 90  AMCAP MF | A | Div. | K | T | | | | | |
| 91  Fundamental Inv. MF | A | Div. | K | T | | | | | |
| 92  Growth Fund of America MF | A | Div. | K | T | | | | | |
| 93  Investment Co of America MF | A | Div. | K | T | | | | | |
| 94  New Perspective MF | A | Div. | K | T | | | | | |
| 95  Washington Mutual Inv. MF | A | Div. | K | T | | | | | |
| | | | | | | | | | |
| TRUST #3 | | | | | | | | | |
| 96  PNC Trust Account | A | Int. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas M. Hardiman | May 14, 2007 |

## VII. Page 8 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 97 AMCAP MF | A | Div. | K | T | | | | | |
| 98 Fundamental Inv. MF | A | Div. | K | T | | | | | |
| 99 Growth Fund of America MF | A | Div. | L | T | | | | | |
| 100 Investment Co of America MF | A | Div. | K | T | | | | | |
| 101 New Perspective MF | A | Div. | K | T | | | | | |
| 102 Washington Mutual Inv. MF | A | Div. | K | T | | | | | |
| | | | | | | | | | |
| TRUST #4 | | | | | | | | | |
| 103 PNC Trust Account | A | Int. | J | T | | | | | |
| 104 AMCAP MF | A | Div. | L | T | | | | | |
| 105 Fundamental Inv. MF | A | Div. | L | T | | | | | |
| 106 Growth Fund of America MF | A | Div. | L | T | | | | | |
| 107 Investment Co of America MF | A | Div. | L | T | | | | | |
| 108 New Perspective MF | A | Div. | L | T | | | | | |
| 109 Washington Mutual Inv. MF | B | Div. | L | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas M. Hardiman | May 14, 2007 |

## VII. Page 9 INVESTMENTS and TRUSTS -- income, value, transactions    *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| REAL ESTATE PARTNERSHIPS | | | | | | | | | |
| 110   West Moon Twp. Assoc. | D | Dist. | M | U | | | | | |
| 111   Bensalem Realty Assoc. | F | Dist. | N | U | | | | | |
| 112   Rodi Land Assoc. | D | Dist. | L | U | | | | | |
| 113   FC Donegal Assoc. | A | Dist. | J | U | | | | | |
| 114   First City GA Partners | E | Dist. | M | U | | | | | |
| 115   First City WV Partners | A | Dist. | J | U | | | | | |
| 116   McIntyre Square Associates | B | Dist. | M | U | | | | | |
| 117   FC Hampton LP | A | Dist. | K | U | | | | | |
| | | | | | | | | | |
| SCHWAB ACCOUNT | | | | | | | | | |
| 118   3M CS | | None | J | T | | | | | |
| 119   Allegheny County Bond BD | B | Int. | K | T | Buy | 3/31 | K | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 P4=More than $50,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 10 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 120 Amer. Pwr. Conv. CS | A | Div. | | | Sell | 3/23 | J | A | |
| 121 Bard CR Inc. CS | | None | K | T | | | | | |
| 122 Becton Dickinson CS | | None | K | T | | | | | |
| 123 Bentworth School Dist. BD | B | Int. | K | T | Buy | 5/11 | K | | |
| 124 BP PLC ADR | A | Div. | J | T | | | | | |
| 125 CBL & Assoc REIT | | None | J | T | | | | | |
| 126 Clarcor CS | | None | K | T | | | | | |
| 127 Comcast CS | | None | K | T | | | | | |
| 128 Dell CS | | None | | | Sell | 7/27 | J | A | |
| 129 Dentsply CS | | None | J | T | | | | | |
| 130 Dowington Pa. School Dist. BD | B | Int. | K | T | Buy | 4/21 | K | | |
| 131 Eaton Corp CS | | None | J | T | Buy | 6/6 | J | | |
| 132 Emerson Elec. CS | A | Div. | K | T | | | | | |
| 133 Exxon Mobil CS | A | Div. | K | T | | | | | |
| 134 Fox Chapel School Dist. BD | B | Int. | K | T | Buy | 3/27 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 11 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 135  Gallagher Arthur CS | | None | J | T | | | | | |
| 136  General Electric CS | A | Div. | J | T | | | | | |
| 137  IBM CS | A | Div. | J | T | | | | | |
| 138  ITT Corp. CS | A | Div. | J | T | Buy | 3/24 | J | | |
| 139  Johnson & Johnson CS | A | Div. | J | T | | | | | |
| 140  Kimberly-Clark CS | | None | K | T | | | | | |
| 141  Leggett & Platt CS | | None | J | T | | | | | |
| 142  Liberty Property REIT | | None | J | T | | | | | |
| 143  Lower Menion Twp. BD | B | Int. | K | T | Buy | 2/3 | K | | |
| 144  Mantech Int'l CS | | None | | | Buy<br>Sell | 3/24<br>6/6 | J<br>J | A | |
| 145  McGraw Hill CS | A | Div. | K | T | | | | | |
| 146  Nokia CS | A | Div. | K | T | Buy | 10/3 | J | | |
| 147  Northhampton Cty BD | B | Int. | K | T | Buy | 3/22 | K | | |
| 148  Pennsylvania State BD | B | Int. | | | Buy<br>Sell | 2/15<br>4/7 | K<br>K | A | |
| 149  Pepsico CS | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000  E=$15,001-$50,000 |
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas M. Hardiman | May 14, 2007 |

## VII. Page 12 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month- Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 150 Pfizer CS | A | Div. | J | T | Buy | 10/3 | J | | |
| 151 Schwab MM | A | Int. | J | T | | | | | |
| 152 Somerset Cty BD | A | Int. | J | T | Buy | 4/4 | J | | |
| 153 Unilever CS | A | Div. | J | T | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature �_____        Date _May 14, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544